Christina H. Wang, Esq.
Nevada Bar No. 9713
Laura J. Jennings, Esq.
Nevada Bar No. 13900
**FIDELITY NATIONAL LAW GROUP**
2450 St. Rose Parkway, Suite 100
Henderson, Nevada 89074
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: christina.wang@fnf.com
    laura.jennings@fnf.com
*Attorneys for Plaintiffs*
R1077

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY and FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA,<br><br>        Plaintiffs,<br>    v.<br><br>NEVADA TITLE COMPANY a NEVADA Corporation; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS 1 through 10,<br>        Defendants. | Case No.: 2:13-cv-606 – GMN-VCF |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that COMMONWEALTH LAND TITLE INSURANCE COMPANY and FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA, Plaintiffs in the above-referenced matter, hereby substitute and consent to the substitution of Christina H. Wang, Esq, of and for the FIDELITY NATIONAL LAW GROUP, whose office is located at 2450 St. Rose Parkway, Suite 100, Henderson, Nevada 89074, whose telephone number is 702.667.3000, whose facsimile number is 702.697.2020, and whose email address is christina.wang@fnf.com, as its attorney in the above-referenced matter.

///

1  Substituting counsel acknowledges responsibility for all pending dates and deadlines.

2  DATED this ___11th___ day of October, 2016.

*Christina H. Wang* (signature)
**FIDELITY NATIONAL LAW GROUP**
Christina H. Wang, Esq.
2450 St. Rose Parkway, Suite 100
Henderson, Nevada 89074
*Attorneys for Plaintiffs*

(signature)
**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**
Rachel E. Donn, Esq.
400 S. Fourth Street, Third Floor
Las Vegas, Nevada 89101
T: (702) 791-0308
**Original Attorney**

I HEREBY CONSENT to the substitution of Christina H. Wang, of and for the FIDELITY NATIONAL LAW GROUP, as counsel for the undersigned, in the above-entitled action.

DATED this _18_ day of October, 2016.

COMMONWEALTH LAND TITLE
INSURANCE COMPANY

By: (signature)
Its: Vice President   Patrick J. Davis

IT IS SO ORDERED.

(signature)

UNITED STATES MAGISTRATE JUDGE
DATED: 10-20-2016

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2016, I electronically filed the **SUBSTITUTION OF COUNSEL** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

**Marquis Aurbach Coffing**
Terry A. Moore, Esq.
Adele V. Karoum, Esq.
10001 Park Run Drive
Las Vegas, NV 89145
**Attorneys for Defendant**

      /s/ Cynthia Kelley
An Employee of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON